# Court of Appeals
# of the State of Georgia

ATLANTA,   August 09, 2012

*The Court of Appeals hereby passes the following order:*

## A12A2102.  MILTON HARSHAW, JR. v. THE STATE.

Milton Harshaw, Jr., was convicted of numerous offenses in May of 1995.  His convictions were affirmed on appeal. See *Harshaw v. State*, 222 Ga. App. 385 (474 SE2d 226) (1996).  In May of 2004, Harshaw filed an extraordinary motion for new trial.  On May 9, 2012, the trial court entered an order denying that motion.  On June 11, 2012, Harshaw filed a notice of direct appeal from the trial court's order. We lack jurisdiction for two reasons.

First, to be timely, a notice of appeal must be filed within 30 days after entry of an appealable order.  See OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  See *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997).  Because Harshaw filed his notice of appeal 33 days after the order was entered, his appeal is untimely and must be dismissed.

Second, even if Harshaw had filed a timely notice of appeal, orders denying extraordinary motions for new trial must be appealed by application for discretionary appeal. OCGA § 5-6-35 (a) (7); *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997).  Therefore, for this reason as well,  we have no jurisdiction to consider this appeal.  Accordingly, Harshaw's appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __08/09/2012__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*